NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIE BELL, DOC #097448,            )
                                     )
             Appellant,              )
                                     )
v.                                   )      Case No. 2D18-3738
                                     )
STATE OF FLORIDA,                    )
                                     )
             Appellee.               )
_____       )

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Bruce E. Kyle, Judge.

Willie Bell, pro se.


PER CURIAM.


             Affirmed.


LaROSE, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.